IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAIDJON JAMOLZODA,<br>   *Petitioner*,<br><br>  v.<br><br>MICHAEL ROSE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; JAMAL L. JAMISON, Warden of Philadelphia Federal Detention Center,<br>   *Respondents*. | Civil No. 26-193 |

## **ORDER**

**AND NOW**, this 29th day of January, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Saidjon Jamolzoda, and the response and reply thereto, it is hereby **ORDERED** as follows:

 1. The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

 2. Jamolzoda is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

 3. The Government shall **RELEASE** Jamolzoda from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on January 30th, 2026.

 4. The Government is temporarily enjoined from re-detaining Jamolzoda for seven days following his release from custody.

 5. If the Government chooses to pursue re-detention of Jamolzoda after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a

2

neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.